

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00567-CV

**IN RE ORDER FOR FORECLOSURE**
concerning 6304 Ridgehurst, San Antonio, Texas 78250-5006

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07478
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: September 18, 2019

DISMISSED FOR LACK OF JURISDICTION

On August 22, 2019, appellant filed a notice of appeal stating its intent to appeal an order awarding the appellees attorney's fees; however, the notice of appeal stated no final order was signed. On August 26, 2019, a deputy clerk of this court contacted the trial court regarding the status of the order and was informed no order will be entered.

"[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because no final judgment or appealable order appeared to have been entered in the underlying cause with regard to the payment of attorney's fees, appellant was ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On September 3, 2019, appellant

filed a motion to dismiss, conceding its appeal was prematurely filed.  Because no final order has been entered in the underlying cause, this appeal is dismissed for lack of jurisdiction.

PER CURIAM